Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **MARKINI J. CLARKE,**<br><br>Plaintiff,<br><br>v.<br><br>**CAPITAL ONE BANK (USA), N.A., GREEN TREE SERVICING, LLC., and EQUIFAX INFORMATION SERVICES, LLC.,**<br><br>Defendant. | Case No.: 2:15-cv-00899-GMN-NJK<br><br>Order regarding<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND GREEN TREE SERVICING LLC** |

**NOTICE OF SETTLEMENT**

**NOTICE IS HERBY GIVEN** that the dispute between JEFFREY M. CLARKE ("Plaintiff") and Defendant GREEN TREE SERVICING LLC ("Defendant") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal as to the named Plaintiff's claims against Defendant, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to Defendant be vacated and that the Court set a deadline on or after November 2, 2015 for filing a Dismissal of Defendant.

Dated: September 2, 2015

                                                          RESPECTFULLY SUBMITTED,

                                                    By: /s/ Danny J. Horen_____
                                                         DANNY J. HOREN, ESQ.
                                                         ATTORNEY FOR PLAINTIFF

Plaintiff and Defendant Green Tree Servicing LLC shall file a stipulation of dismissal no later than November 2, 2015.  In the interim, all of Defendant Green Tree Servicing LLC's deadlines are VACATED.  Nothing herein alters any deadlines with respect to any other Defendant.

IT IS SO ORDERED.
Dated:  September 3, 2015

_____
United States Magistrate Judge

NOTICE OF SETTLEMENT      2