# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| MARKINI J. CLARKE,<br>　　　　　　Plaintiff(s),<br>v.<br>CAPITAL ONE BANK (USA), N.A., et al.,<br>　　　　　　Defendant(s). | Case No. 2:15-cv-00899-GMN-NJK<br><br>ORDER |

On October 21, 2015, Chief United States District Judge Gloria M. Navarro ordered Plaintiff and Defendant Equifax Information Services LLC to file dismissal papers by November 20, 2015. Docket No. 12. To date, Plaintiff and Defendant Equifax Information Services LLC have failed to comply. The Court hereby ORDERS that a stipulation of dismissal for the claims against Equifax Information Services LLC must be filed no later than March 2, 2016.

IT IS SO ORDERED.

DATED: February 25, 2016

_____
Nancy J. Koppe
United States Magistrate Judge